

# Summons

## Collection Information Statement

In the matter of  DANIEL A STONE, 135 SUNDOWN RD, HARPERS FERRY, WV 25425
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 2 (22)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** DANIEL A STONE
**At:** 135 SUNDOWN RD,  HARPERS FERRY, WV  25425

You are hereby summoned and required to appear before MRS. D. HOWARD, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 08/19/2011  To 03/19/2012

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

 55 MERIDIAN PARKWAY,  SUITE 107,  MARTINSBURG  WV  25404-5422  (304) 263-7625x105

Place and time for appearance: At  55 MERIDIAN PARKWAY,  SUITE 107, MARTINSBURG, WV  25404-5422

**IRS**

on the  1st  day of  May , 2012 at  9:30  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  20th   day of  March              ,  2012

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 6637 (Rev.10-2010)
Catalog Number 25000Q

MRS. D. HOWARD   /s/ Howard
Signature of issuing officer

/s/
Signature of approving officer, if applicable

REVENUE OFFICER
Title

General Manager
Title

**ATTACHMENT A**

Original -- to be kept by IRS

**Attachment 1 to Summons Form 6637**

In the matter of **DANIEL A STONE**

Period information: Form 1040 for the calendar periods ending December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009 and December 31, 2010



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 3/21/12

Time: 2:01 pm

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any). Donna Stone

Signature: W. Howard

Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: W. Howard

Title: Revenue Officer

Catalog No. 25000Q

Form 6637 (Rev. 10-2010)